UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:25-cv-01818 ADS                          Date:  May 22, 2026

Title:  *Envera Health, Inc. v. Innovative Health Management Partner LLC*

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  |  |
|:---:|:---:|
| Kristee Hopkins | None Reported |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE RULE 26(f) REPORT**

This case is set for a Scheduling Conference on June 3, 2026.  The parties are required to file a Joint 26(f) Report no later than 14 days before the Scheduling Conference.  (Dkt. No. 20 at 2-3.)  No Joint 26(f) Report has been filed.  The parties are ordered to show cause for their failure to file the Joint 26(f) Report.  The parties may respond to this Order by filing the Joint 26(f) Report by no later than May 27, 2026.

**IT IS SO ORDERED.**

Initials of Clerk kh

---